

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00408-CR

---

**BRIAN DAVID FISHER, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the 424th District Court
Burnet County, Texas[1]
Trial Court No. 54010, Honorable Evan C. Stubbs, Presiding

---

November 30, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Brian David Fisher, appeals from the trial court's judgment adjudicating him guilty of aggravated assault with a deadly weapon[2] and sentencing him to seven years' confinement. Pending before this Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

[2] *See* TEX. PENAL CODE ANN. § 22.02(a)(2).

signed by Appellant and his attorney. As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.